THE STATE EX REL. GILBERT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Gilbert v. Indus. Comm.*
(1998), 82 Ohio St.3d 177.]

(No. 95–2241—Submitted May 12, 1998—Decided June 17, 1998.)

———

*Hochman & Roach Co., L.P.A.,* and *Carla J. Lauer,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, for appellee.

———

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.